(127 So. 379)

## BEIGER v. BEIGER.

### No. 30226.

March 5, 1930.

Rehearing Denied March 31, 1930.

Richard A. Dowling, of New Orleans, for appellant.

H. W. Robinson and F. B. Freeland, both of New Orleans, for appellee.

ST. PAUL, J.

This is an appeal from a judgment fixing alimony pendente lite as follows, to wit: "That the plaintiff, Mrs. John J. Beiger, have judgment against defendant John J. Beiger, her husband, for alimony for the support of

herself and her two minor children in the sum of $100 per month, if she vacates the marital premises on Robert and Willow streets; and .$75 per month, if the defendant moves from said premises and provides same as a home for plaintiff and her children; the first payment of alimony to be due on July 1st, 1929."

The evidence shows that defendant's net income is $168 per month, out of which he spends about $47 for food, and (say) $25 for rent; leaving him therefore with less than $100 to meet award for alimony, fixed as above set forth.

Our conclusion is that the amounts allowed by the district judge are too high and should be reduced to $80 and $60, respectively.

### Decree.

For the reasons assigned, the judgment appealed from is amended by reducing the alimony allowed plaintiff to $80 per month if she vacates the marital premises on Robert and Willow streets, and $60 per month if the defendant moves from premises and provides same as a home for plaintiff and her children. And as thus amended the judgment is affirmed. Cost of appeal to be paid by plaintiff.